# Order

Michigan Supreme Court
Lansing, Michigan

May 29, 2018

Stephen J. Markman,
Chief Justice

155675

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 155675
COA: 336555
Wayne CC: 13-005933-FC

LEO EVANS JR. III,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 3, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018



Clerk

s0521